IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| DAN R. FOX, | ) No. C10-1885-RSL-MAT |
| Plaintiff, | ) [~~PROPOSED~~] ORDER GRANTING |
| v. | ) TWO-WEEK EXTENSION OF TIME |
| MICHAEL J. ASTRUE, | ) TO FILE PLAINTIFF'S OPENING BRIEF |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

Based on Plaintiff's motion, it is hereby ORDERED that the Scheduling of Briefing is amended as follows:

- Plaintiff Opening Brief is due March 15, 2011
- Defendant's Responsive Brief is due April 12, 2011
- Plaintiff's optional Reply Brief is due April 26, 2011

Dated this 1st day of March, 2011.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

Page 1 ORDER [C10-1885-RSL-MAT]

1 | Presented by:

2 | Robert A. Friedman
Robert A. Friedman & Assoc.
3 | 3410 Broadway
Everett, Washington 98201
4 | (425) 252-5551
cshear@rafalaw.com
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Page 1 ORDER [C10-1885-RSL-MAT]